UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:20-cr-409-VHC-CPT

ADEDOTUN ABRAHAM ADEYEMO

**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby respectfully requests that the Clerk of Court substitute the undersigned as government counsel for Assistant United States Attorney Rachel K. Jones.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Michael M. Gordon*
Michael M. Gordon
Assistant United States Attorney
United States Attorney No. 182
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Michael.Gordon3@usdoj.gov

JAN 25 2024 PM3:52
RCVD - USDC - FLMD - TPA

U.S. v. ADEDOTUN ABRAHAM ADEYEM Case No. 8:20-cr-409-VHC-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Michael M. Gordon*
Michael M. Gordon
Assistant United States Attorney
United States Attorney No. 182
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Michael.Gordon3@usdoj.gov