UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No.: 8:20-cr-409-VMC-CPT

ADEDOTUN ABRAHAM
ADEYEMO
________________________________/

**ORDER OF TEMPORARY DETENTION**

The Defendant had his initial appearance before this Court on September 16, 2026. His counsel asked to continue his detention hearing to Tuesday, September 22, 2026.

Accordingly, the Defendant shall be **TEMPORARILY DETAINED** pending the detention hearing on September 22, 2026 at 2:00pm **in Courtroom 11A**.

In the meantime, the Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

Defendant shall be afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is

confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**ORDERED** in Tampa, Florida, on September 18, 2026.

Natalie Hirt Adams

NATALIE HIRT ADAMS
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service