UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:20-cr-409-VHC-CPT

ADEDOTUN ADEYEMO

**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby respectfully requests that the Clerk of Court substitute the undersigned as government counsel for Assistant United States Attorney Adam Duso.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Whitney Mackay*
Whitney Mackay
Assistant United States Attorney
Florida Bar No. 92852
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6128
Facsimile: (813) 274-6358
E-mail: Whitney.Mackay@usdoj.gov

**U.S. v. ADEDOTUN ADEYEMO** **Case No. 8:20-cr-409-VHC-CPT**

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the counsel of record:

*/s/ Whitney Mackay*
Whitney Mackay
Assistant United States Attorney
Florida Bar No. 92852
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6128
Facsimile: (813) 274-6358
E-mail: Whitney.Mackay@usdoj.gov