AO 442 (Rev. 11/11) Arrest Warrant

RCVD USMS M/FL TAMPA
2022 APR 11 PM1:35
RCVD USMS M/FL TAMPA
2022 APR 11 PM1:31

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.

ADEDOTUN ABRAHAM ADEYEMO
a/k/a "dotade77"
a/k/a "dotman"

*Defendant*

Case No. 8:20-cr-409-VHC-CPT

SEALED

SEALED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ADEDOTUN ABRAHAM ADEYEMO a/k/a "dotade77" a/k/a "dotman", who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

SEP 18 2026 PM2:05
FILED - USDC - FLMD - TPA

This offense is briefly described as follows:

wire fraud and aggravated identity theft, in violation of 18 U.S.C. §§ 1343 and 1028A.

SEALED

Date: 4-7-22

*Issuing officer's signature*

City and state: Tampa, FL

Elizabeth Warren, Clerk, United States District
*Printed name and title*

**Return**

This warrant was received on *(date)* 7 April 22, and the person was arrested on *(date)* 17 Sept 26
at *(city and state)* London, England, UK

Date: 17 Sept 2026

*Arresting officer's signature*

Ortiz, Frank A. DOSM Tampa, FL
*Printed name and title*