UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

The Honorable Natalie Hirt Adams
Courtroom 11A

United States v. Adedotun Abraham Adeyemo
8:20-cr-00409-VMC-CPT

| | |
|---|---|
| **Date**: September 18, 2026 | **Court Reporter**: **Digital** |
| | **Interpreter**: N/A |
| **Time**: 2:17 PM–2:29 PM<br>Total: 12 mins | **Deputy Clerk**: Octavia Jarnegan/<br>Clara Reaves |
| | |
| **Government Counsel** | **Defense Counsel** |
| Whitney Mackey, AUSA | Ryan Maguire, AFPD |

**Initial Appearance/Arraignment**

Defendant present with counsel.

Arrest date: 9/17/2026.

Court summarizes the charges and potential penalties and advises Defendant of Rule 5 rights.

Proceedings conducted pursuant to Rule 5.

Oral motion for counsel by Defendant.

Court reviews financial affidavit and determines that Defendant qualifies for the appointment of counsel. Court appoints AFPD for all further proceedings.

Defendant waives formal reading of the Indictment.

Not guilty plea entered by Defendant as to all counts.

Oral Motion for discovery by defendant.

Oral order to government to provide under Rule 16(a) discovery;

Oral Motion for reciprocal discovery by Government.

Oral order Defendant to provide reciprocal discovery under Rule 16(b).

Defendant is arraigned.

Pretrial Discovery Order to be electronically filed by Magistrate Judge Tuite.

Trial set for November 2026 trial term beginning November 2, 2026 before District Judge Covington. Status conference set for October 15th at 9:30am.

Government seeks detention.

Defendant asks for a continuance of detention hearing. Oral order granting.

Detention hearing continued to September 22, 2026 at 2pm.

Court orders Defendant temporarily detained pending further order of the court.

Due process oral order given.

Court in recess.