UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

The Honorable Natalie Hirt Adams
Courtroom 11A

United States v. Adedotun Abraham Adeyamo
8:20-cr-409-VMC-CPT

| | |
|---|---|
| **Date**: September 22, 2026 | **Court Reporter**: Digital |
| | **Interpreter**: N/A |
| **Time**: 2:00 PM–2:09 PM \| Total: 9 mins. | **Deputy Clerk**: Clara Reaves |
| | |
| **Government Counsel** | **Defense Counsel** |
| Whitney Mackay, AUSA | Ryan Maguire, AFPD |

**Detention Hearing**

Defendant present with counsel.

Arrest Date: 9/17/2026

Government moves for detention.

Defendant moves for release.

Court hears argument by counsel.

For the reasons stated on the record, Court orders Defendant detained until further order of the court.

Court in recess.