UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO 8:20-cr-00409-VMC-CPT

ADEDOTUN ABRAHAM ADEYEMO

**JOINT NOTICE OF SPEEDY TRIAL CALCULATION**

As required by the Court's September 22, 2026 Order (Doc. 39), the parties advise the Court that pursuant to 18 U.S.C. § 3161(c)(1), absent a waiver by the defendant, speedy trial will run on Friday, November 27, 2026. As of the date of this filing, eighteen speedy trial days have passed since Mr. Adeyemo was arraigned in federal court.

The undersigned has conferred with Assistant Federal Defender Ryan J. Maguire, counsel for the defendant, who agrees with the calculation in this pleading, which concerns only the statutory calculation. Defendant expressly reserves his Sixth Amendment right to a speedy trial and reserves his claim that the delay following the December 17, 2020, indictment violated that right. Defendant does not concede that the government acted diligently or that any portion of the preceding delay is attributable to him. This submission does not waive any constitutional speedy-trial claim.

The Government is not in agreement with Defendant's analysis regarding constitutional speedy trial, as numerous efforts were made to apprehend the subject.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: *\/s/ Whitney Mackay*

Whitney Mackay
Assistant United States Attorney
Florida Bar No.: 92852
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Whitney.Mackay@usdoj.gov

**U.S. v. ADEYEMO** **Case No. 8:20-cr-00409-VMC-CPT**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Whitney Mackay*
Whitney Mackay
Assistant United States Attorney
Florida Bar No.: 92852
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Whitney.Mackay@usdoj.gov